**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LORA DUVALL**, *et al*., on behalf of themselves and others similarly situated, | : : : | |
| | : | CASE NO. 2:22-cv-3372 |
| Plaintiffs, | : | |
| | : | JUDGE SARAH D. MORRISON |
| v. | : | |
| | : | MAGISTRATE JUDGE KIMBERLY A. |
| **DUNGARVIN OHIO, LLC.**, *et al.*, | : | JOLSON |
| | : | |
| Defendants. | : | |

## PLAINTIFFS' NOTICE OF ACCEPTANCE OF RULE 68 OFFERS OF JUDGMENT

On August 17, 2023, Defendants served Rule 68 Offers of Judgment to Opt-In Plaintiffs Danique Carter, Demetrius Bailey, Hillard Weatherspoon, Jenea Jennings, Kobe Oppong, and Teana Cambridge.

On September 13, 2023, Defendants served a Rule 68 Offer of Judgment to Named Plaintiffs Lora Duvall and Alexis Ross (collectively "Named Plaintiffs"); issued Rule 68 Offers of Judgment to Opt-In Plaintiffs Barbie Sims, Brianna White, Natasha Allen, Sarah Ramos, and Tanesha Butler; and extended the Offer of Judgment acceptance deadlines for Opt-In Plaintiffs Danique Carter, Demetrius Bailey, Hillard Weatherspoon, Jenea Jennings, Kobe Oppong, and Teanna Cambridge to September 27, 2023.

On September 18, 2023, Defendants served a Rule 68 Offer of Judgment to Opt-In Plaintiff Diane Watley (Opt-In Plaintiffs Danique Carter, Demetrius Bailey, Hillard Weatherspoon, Jenea Jennings, Kobe Oppong, Teana Cambridge, Barbie Sims, Brianna White, Natasha Allen, Sarah Ramos, Tanesha Butler, and Diane Watley collectively referred to as "Opt-In Plaintiffs").[1]

---

1 *See* **Exhibit 1**- Offers of Judgment for Named Plaintiffs and Opt-In Plaintiffs

On September 25, 2023, Named Plaintiffs, through counsel, served written notice to Defendants' Counsel of Named Plaintiffs and Opt-In Plaintiffs' acceptance of Defendants' Rule 68 Offers of Judgment to Named Plaintiffs and Opt-In Plaintiffs.[2]

Pursuant to Rule 68(a), Named Plaintiffs file the respective Rule 68 Offers of Judgment (See **Exhibit 1**) and Named Plaintiffs' Notice of Acceptance (See **Exhibit 2**) with proof of service, and the below certification of service of this Notice. Accordingly, pursuant to Rule 68(a), the clerk must then enter judgment for Named Plaintiffs and Opt-In Plaintiffs.

Dated: September 25, 2023                    Respectfully submitted,

                                            **COFFMAN LEGAL, LLC**

                                            */s/ Adam C. Gedling*
                                            Matthew J.P. Coffman (0085586)
                                            Adam C. Gedling (0085256)
                                            Kelsie N. Hendren (0100041)
                                            Tristan T. Akers (0102298)
                                            1550 Old Henderson Road
                                            Suite #126
                                            Columbus, Ohio 43220
                                            Phone: 614-949-1181
                                            Fax: 614-386-9964
                                            Email: mcoffman@mcoffmanlegal.com
                                                       agedling@mcoffmanlegal.com
                                                       khendren@mcoffmanlegal.com
                                                       takers@mcoffmanlegal.com

                                            *Attorneys for Named Plaintiffs and those similarly situated*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September 2023 a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of

---

2 *See* **Exhibit 2**- Notice of Acceptance of Offers of Judgment

the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Adam C. Gedling*
Adam C. Gedling